**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD J. NICHOLAS, )<br>       Plaintiff, )<br>        )<br>   v. )<br>        )<br>GOVERNOR RIDGE, et al., )<br>       Defendants. ) | Civil Action No. 07-117 Erie |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on May 16, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 3], filed on June 5, 2007, recommended that Plaintiff's complaint be dismissed for failure to prosecute. Plaintiff was allowed ten (10) days from the date of service to file objections and service was made on Plaintiff by certified mail.  No objections were filed.  After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of June, 2007;

IT IS HEREBY ORDERED that the Plaintiff's complaint is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, filed on June 5, 2007, is adopted as the opinion of the Court.  The clerk is directed to mark the case closed.

                                              s/   Sean J. McLaughlin
                                                   United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge